# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**SCOTT BRANDON**                                                    **PLAINTIFF**

**V.**                              **NO. 3:25-cv-00005-LPR-ERE**

**SHANE RUSSELL,** *et al.*                                          **DEFENDANTS**

## ORDER

*Pro se* plaintiff Scott Brandon, a pre-trial detainee at the Sharp County

Detention Center ("Detention Center"), filed this lawsuit under 42 U.S.C. § 1983.

*Doc. 2*. Mr. Brandon's complaint alleges that Defendants Sheriff Shane Russell, Jail

Administrator Edith Elliott, and Sergeant Jessica Hess have been deliberate

indifferent to his serious medical needs. He sues Defendants in both their individual

and official capacities seeking monetary and injunctive relief. For screening

purposes, Mr. Brandon has stated medical deliberate indifference claims against

Defend Elliott and Hess in their individual capacities.[1] Service is now proper for

---

[1] Screening is mandated by the Prison Litigation Reform Act, which requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b). When making this determination, the Court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

those claims. The Court will address Mr. Brandon's remaining claims in a separate

Recommendation.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk of Court is directed to prepare summonses for Edith Ellliot

and Jessica Hess.

2.      The United States Marshal is directed to serve these Defendants with

summonses and copies of the complaint (with any attachments) (*Doc. 2*) without

requiring prepayment of fees and costs or security. Service for these Defendants

should be attempted through the Sharp County Detention Center, Post Office Box

157, Ash Flat, Arkansas 72513.

SO ORDERED 14 January 2025.

_____
UNITED STATES MAGISTRATE JUDGE