IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SCOTT BRANDON**                                                                             **PLAINTIFF**

**v.**                       **Case No. 3:25-cv-00005-LPR-ERE**

**SHANE RUSSELL, et al.**                                                      **DEFENDANTS**

## **ORDER**

      The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 6). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

      Accordingly, all of Plaintiff's claims against Defendant Sheriff Russell, and Plaintiff's official capacity claims against all Defendants, are DISMISSED without prejudice for failure to state a plausible constitutional claim for relief. The Clerk is instructed to terminate Sheriff Shane Russell as a party Defendant. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would be frivolous and not taken in good faith.

      IT IS SO ORDERED this 14th day of March 2025.

                                                    _____
                                                    LEE P. RUDOFSKY
                                                    UNITED STATES DISTRICT JUDGE