# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SCOTT BRANDON**                                                                 **PLAINTIFF**

V.                           NO.: 3:25-CV-00005-LPR-ERE

**EDITH ELLIOTT,**[1] **and**
**JESSICA HESS**                                                                **DEFENDANTS**

## SCHEDULING ORDER

If Defendants Elliott and Hess, intend to pursue a defense, pursuant to the Prison Litigation Reform Act,[2] that Plaintiff failed to exhaust his administrative remedies before filing this lawsuit, they must raise the issue in a motion for summary judgment filed no later than **June 17, 2025**.[3]

All merits-related discovery is stayed until the Court resolves any exhaustion issues.

So Ordered 17 March 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk is directed to update the docket to reflect the correct spelling of Edith Elliott's name.

[2] See 42 U.S.C. § 1997e(a).

[3] If Defendants do not intend to pursue an exhaustion defense, they should promptly file a notice so stating.