# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SCOTT BRANDON**                                                                         **PLAINTIFF**

**v.**                               **Case No. 3:25-cv-00005-LPR**

**SHANE RUSSELL, et al.**                                                  **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 17). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. 13) is GRANTED. Plaintiff's individual-capacity claims against Defendants Elliott and Hess are DISMISSED without prejudice based on Plaintiff's failure to fully exhaust his administrative remedies. The Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of August 2025.

                                                                          _____
                                                                          LEE P. RUDOFSKY
                                                                          UNITED STATES DISTRICT JUDGE